IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
     , COLO.

JUL 21 2006

GREGO...  . LANGHAM
                CLERK

Civil Action No. 06-CV-01418-ZLW

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

CLOVIS CARL GREEN,

    Plaintiff,

v.

JAMES E. ABBOTT,
JOE ORTIZ,
GARY GOLDER,
MS. CATHIE HOLST,
ANTHONY A. DECESARO,
MR. KEVIN MILYARD,
MS. CAROL SOARES,
MS. JOAN M. SCHOEMAKER,
DANIEL ERD, and
HONORABLE U.S. DISTRICT COURT JUDGE ZITA L. WEINSHIENK,

    Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DISMISSING THE ACTION

---

    Plaintiff Clovis Carl Green, Jr., is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility in Cañon City, Colorado.  Mr. Green has submitted to the Court *pro se* a motion titled "Plaintiff's Motion for Special Court Order to Order the Defendants to Make Photocopies of the Massive # [sic] 1983 Civil Rights Complaint for the Plaintiff and Make Photocopies of Each Requested Pre-Trial Motion."  For the reasons stated below, the action will be dismissed.

Mr. Green has been permanently enjoined from filing any *pro se* civil complaints in this Court without first obtaining leave of court to proceed *pro se*. *See* Modified Appendix B in *Green v. Price*, 95-mc-00009-DBS (D. Colo. Feb. 29, 1996). In order to obtain permission to proceed *pro se*, Mr. Green must submit with any complaint he seeks to file a "Petition Pursuant to Court Order Seeking Leave to File a *Pro Se* Action" that includes the information specified in the sanction order. He has failed to do so. He also has failed to submit, as required by Modified Appendix B, an affidavit in proper legal form and a complaint listing the claim or claims he seeks to file in this Court. Accordingly, it is

ORDERED that the clerk of the Court commence this civil action. It is

FURTHER ORDERED that the action is dismissed without prejudice because Plaintiff has failed to comply with the order enjoining him from filing *pro se* actions. It is

FURTHER ORDERED that any pending motions are denied as moot. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this __19__ day of ____July____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01418-ZCW

Clovis Carl Green
Reg. No. 69277
CTCF
P.O. Box 1010
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7-21-06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk